LINDHOLM, Respondent, v. WAITE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by John Lindholm against Ralph E. Waite. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Laird, as Administratrix, v. Carton, 89 N. E. 822, re-

cently decided by the Court of Appeals, but not yet officially reported.